161 A.3d 791

COMMONWEALTH of Pennsylvania, Respondent

v.

Rashee BEASLEY, Petitioner

No. 218 WAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.